■ KENNETH M. SCHLAU, JR., Respondent, v CITY OF BUFFALO et al., Appellants, et al., Defendants. (Appeal No. 2.) [999 NYS2d 922]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered January 29, 2013. The order, among other things, denied the motion of defendants City of Buffalo, Buffalo Urban Renewal Agency, Western New York

Arena, LLC, HSBC Arena and ADT Security Services, Inc. (ADT) for a protective order seeking general limits on further discovery and the number of depositions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Schlau v City of Buffalo* ([appeal No. 1] 125 AD3d 1546 [2015]). Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.